# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2011 SEP 16, PM 5:06

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>Christopher James Willemin,<br><br>               Defendant. | CASE NO. 11CR1064-BGS<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

**xx** the Court has granted the motion of the Government for dismissal with prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**xx** of the offense(s) as charged in the Information:

Simple possession of marijuana (misdemeanor).

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: September 8, 2011

Bernard G. Skomal
UNITED STATES DISTRICT JUDGE